**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

JUSTIN R. CRANFORD                                                                              PLAINTIFF

vs.                                                                    Civil Action No. 3:06-cv-450 HTW-LRA

J.K. STRINGER, KEITH McNEESE,
and VALERIE R. BUIE                                                                         DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the motion to dismiss filed by the defendants is granted and the above-styled and numbered cause is dismissed.

**SO ORDERED, this the 18th day of June, 2009.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**